# UNITED STATES COURT OF APPEALS
# for the
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of February, two thousand twenty-three,

_____

| | |
|---|---|
| Daniel Haller, Long Island Surgical PLLC, | **ORDER** <br> Docket No: 22-3054 |
|     Plaintiffs - Appellants, | |
| v. | |
| United States Department of Health and Human Services, 200 Independence Avenue SW, Washington, DC 20201, Xavier Becerra, in his official capacity as Secretary of Health and Human Services, 200 Independence Avenue SW, Washington, DC 20201, United States Office of Personnel Management, , Kiran Ahuja, in her official capacity as Director of the U.S. Office of Personnel Management, 1900 E Street NW Washington, DC 20415, United States Department of Labor, 200 Constitution Avenue NW Washington, DC 20210, Martin J. Walsh, in his official capacity as Secretary of Labor, 200 Constitution Avenue NW Washington, DC 20210, United States Department of the Treasury, 1500 Pennyslvania Avenue NW, Washington DC 20220, Janet Yellen, in her official capacity as Secretary of the Treasury, 1500 Pennsylvania Avenue NW Washington, DC 20220, | |
|     Defendants - Appellees. | |

_____

    Counsel for APPELLANT Daniel Haller, Long Island Surgical PLLC  has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting March 27, 2023, as the brief filing date.

    It is HEREBY ORDERED that Appellant's brief must be filed on or before March 27, 2023. The appeal is dismissed effective March 27, 2023, if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. <u>See</u>

Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court