# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-3054

**Caption [use short title]:** Haller et al. v. U.S. Department of Health and Human Services, et al.

**Motion for:** Extension of time for Petitioner-Appellants to file their Appellate Brief

**Set forth below precise, complete statement of relief sought:**

Attorney for Petitioner-Appellant requests 30-day extension of time from scheduled date of 3-27-23 to 4-26-23, to file appellate brief, on consent, due to severe illness outlined in affirmation and physician documentation.

**MOVING PARTY:** Petitioner-Appellant, Daniel Haller et al.

**OPPOSING PARTY:** U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, XAVIER BECERRA, U.S. OFFICE OF PERSONNEL MANAGEMENT, KIRAN AHUJA, U.S. DEPARTMENT OF LABOR, MARTIN J. WALSH, U.S. DEPARTMENT OF THE TREASURY, and JANET YELLEN,

☐ Plaintiff   ☐ Defendant
☒ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:**
Nicholas Wilder, Esq.
The Wilder Law Firm
301 West 57 Street, Suite 19B
New York, NY 10019
(212) 951-0042
nick@wilderlaw.com

**OPPOSING ATTORNEY:**
[name of attorney, with firm, address, phone number and e-mail]
Joshua Marc Salzman, Kevin Benjamin Soter, Anna Deffebach

For further Opposing Attorney information, due to space limits, please see Exhibit B to annexed affirmation.

**Court- Judge/ Agency appealed from:** EDNY, Justice Ann M. Donnelly, District Court Judge

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1)?
☒ Yes   ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed   ☐ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☒ No   ☐ Don't Know

Is oral argument on motion requested?   ☐ Yes   ☒ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes   ☒ No   If yes, enter date:_____

**FOR EMERGENCY MOTIONS, ~~MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL~~ to extend time:**

Has this request for relief been made below?   ☐ Yes   ☒ No
Has this relief been previously sought in this court?   ☐ Yes   ☒ No

Requested return date and explanation of emergency:
**Attorney has been severely ill for 10 days, bed-ridden, severe double vision and went to emergency room diagnosed with Acute kidney injury to new kidney transplant, and with new atrial fibrillation. Recovering. Petitioners-Appellants request 30 day extension to file brief from present scheduled 3-27-23 to 4-26-23. See annexed affirmation; medical documentation.**

**Signature of Moving Attorney:** [signature]   **Date:** 3-20-23   **Service by:** ☒ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# No. 22-3054

=================================================================

**UNITED STATES COURT OF APPEALS FOR THE
SECOND CIRCUIT**

──────────────

**Dr. Daniel Haller and Long Island Surgical, PLLC**

*Petitioners-Appellants*

v.

**U.S. Department of Health and Human Services, Xavier Becerra,** in his official capacity as Secretary of Health and Human Services, **U.S. Office of Personnel Management, Kiran Ahuja,** in her official capacity as Director of the U.S. Office of Personnel Management, **U.S. Department of Labor, Martin J. Walsh,** in his official capacity as Secretary of labor, **U.S. Department of the Treasury**, and **Janet Yellen,** in her official capacity as Secretary of the Treasury

*Respondents-Appellees*

──────────────

**On Appeal from the United States District Court for
the Eastern District of New York**

=================================================================

**PETITIONER-APPELLANTS' AFFIRMATION IN SUPPORT OF
MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

=================================================================

*Nicholas Wilder, Esq.*
The Wilder Law Firm
301 West 57 Street, Suite 19B
New York, NY 10019
(212) 951-0042
nick@wilder.law

Attorney Nicholas Wilder, counsel for petitioners-appellants, Daniel Haller, et al., under penalty of perjury states as follows:

1. I am an attorney licensed to practice law in the United States Court of Appeals for the Second Circuit, and representing Petitioners-Appellants Daniel Haller at al.

2. Our brief is scheduled for submission by March 27, 2023. About ten days ago I began to feel increasingly ill, and was bed ridden. I assumed I would get over whatever it was, but began having worsening ongoing double-vision. Upon advice of my physician, I went to the ER at New York Presbyterian. Please see annexed documentation from my doctor, Dr. Jay Kripalani, MD annexed as "Exhibit A".

3. At the emergency room, lab work showed extremely serious conditions. I had a kidney transplant 11 months ago, and doctors found "AKI", or "acute kidney injury" to the new kidney (indicating concern rejection by the body).

4. They also immediately found an abnormal EKG. I have severely erratic heart rhythms, and have had a new diagnosis of atrial fibrillation (on top of prior cardiac issues). Please see Exhibit A.

5. Prior to ten days ago I was very fit, active, and working very hard on this complex appeal (despite prior health issues). However, since that time I have

not been able to do any work on anything. Although the conditions are serious, with aggressive treatment, the acute kidney injury is expected to be reversed, and the new heart issue will also be manageable. However, I will need further medical treatment to recover fully.

6. Due to these extreme conditions, and the time to heal, I respectfully request a 30-day extension from the presently scheduled 3-27-23 date to 4-26-23.

7. Please see names, addresses of counsel for Respondents-Appellees (which could not fit on the "Motion Information Statement"), as "Exhibit B."

8. Respondents-Appellees have fully consented to my request for extension due to the extreme illness, and with their permission, I include the email correspondence as "Exhibit C."


New York, NY
March 20, 2022

    Respectfully Submitted,

*/S/ Nicholas Wilder, Esq.*
The Wilder Law Firm
301 West 57 Street, Suite 19B
New York, NY 10019
(212) 951-0042
nick@wilder.law
*Counsel for Petitioners-Appellants*

# EXHIBIT A



159-05 92nd Street
Howard Beach, NY 11414
www.CrossBayMedical.com
Tel: 718-835-3636
Fax: 718-835-0897

March 20, 2023

**RE: Nicholas Wilder**

To Whom It May Concern:

The above patient has complained of severe exhaustion and double vision since March 10, 2023. His past medical history is significant for kidney transplant 4/10/22, coronary artery disease with two stents placed, and congestive heart failure. Despite his medical conditions, he has remained very physically fit, extremely active, and is a very busy attorney.

Due to the severity of his recent symptoms, Mr. Wilder was directed to go to the emergency room last week. He was seen and evaluated at New York Presbyterian hospital where he was diagnosed with AKI (acute kidney injury) to his recently transplanted kidney. He also was diagnosed with a severe heart arrhythmia, aka, atrial fibrillation.

He has been incapacitated for the past 10 days, and while currently in serious but improving condition, with ongoing treatment, is expected to recover to full functionality within a reasonable time.

Should you have any further questions, please do not hesitate to contact me.

Sincerely,

Cross Bay Medical Services PC
159-05 92nd Street
Howard Beach NY 11414
TEL:(718)853-3636
FAX:(718)835-0897

Jay Kripalani, M.D.

# EXHIBIT B

**Full Information for Respondents-Appellees' Counsel**

Joshua Marc Salzman
United States Department of Justice Civil Division,
Appellate Staff; 950 Pennsylvania Avenue,
NW Washington, DC 20530
joshua.m.salzman@usdoj.gov
Direct: (202) 532-4747


Kevin Benjamin Soter, Esq.,
United States Department of Justice Civil Division, Appellate Staff
950 Pennsylvania Avenue,
NW Washington, DC 20530
kevin.b.soter@usdoj.gov
Direct: 202-514-3602

Anna Deffebach
United States Department of Justice Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Anna.L.Deffebach@usdoj.gov
Direct (202) 305-8356

# EXHIBIT C



Nicholas Wilder <nick@wilder.law>

# Haller et. al. v. U.S.DHHA., Case number: 22-3054; Joint Appendix

**Salzman, Joshua M. (CIV)** <Joshua.M.Salzman@usdoj.gov>      Mon, Mar 20, 2023 at 9:50 AM
To: Nicholas Wilder <nick@wilder.law>
Cc: "Soter, Kevin B. (CIV)" <Kevin.B.Soter@usdoj.gov>, "Deffebach, Anna L. (CIV)" <Anna.L.Deffebach@usdoj.gov>, "Hazel, Steven H. (CIV)" <Steven.H.Hazel@usdoj.gov>

I'm so sorry to hear about your health issues and wish you a speedy recovery.  We certainly consent.