# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of May, two thousand and twenty-three,

Daniel Haller, Long Island Surgical PLLC,

    Plaintiffs - Appellants,

v.

United States Department of Health and Human Services, 200 Independence Avenue SW, Washington, DC 20201, Xavier Becerra, in his official capacity as Secretary of Health and Human Services, 200 Independence Avenue SW, Washington, DC 20201, United States Office of Personnel Management, , Kiran Ahuja, in her official capacity as Director of the U.S. Office of Personnel Management, 1900 E Street NW Washington, DC 20415, United States Department of Labor, 200 Constitution Avenue NW Washington, DC 20210, Julie Su, in her official capacity as Acting Secretary of Labor, 200 Constitution Avenue NW Washington, DC 20210, United States Department of the Treasury, 1500 Pennyslvania Avenue NW, Washington DC 20220, Janet Yellen, in her official capacity as Secretary of the Treasury, 1500 Pennsylvania Avenue NW Washington, DC 20220,

    Defendants - Appellees.

**ORDER**
Docket No: 22-3054

Counsel for APPELLEES has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting July 26, 2023, as the brief filing date.

It is HEREBY ORDERED that Appellee's brief must be filed on or before July 26, 2023. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument.

A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court