# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of March, two thousand twenty-four.

Before:     Sarah A. L. Merriam,
              *Circuit Judge,*

---

Daniel Haller and Long Island Surgical PLLC,

    Plaintiffs - Appellants,

v.

U.S. Department of Health and Human Services, Xavier Becerra, in his official capacity as Secretary of Health and Human Services, U.S. Office of Personnel Management, , Kiran Ahuja, in her official capacity as Director of the U.S. Office of Personnel Management, U.S. Department of Labor, Julie Su, in her official capacity as Acting Secretary of Labor, U.S. Department of the Treasury, Janet Yellen, in her official capacity as Secretary of the Treasury,

    Defendants - Appellees.

---

**ORDER**

Docket No. 22-3054

    Appellants move for a 7-day extension of time to March 15, 2024 to file a petition for rehearing or rehearing en banc.

    IT IS HEREBY ORDERED that the motion is GRANTED.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court