# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of March, two thousand twenty-four,

Before:    Michael H. Park,
             Eunice C. Lee,
             Sarah A. L. Merriam,
                Circuit Judges.

---

Daniel Haller and Long Island Surgical PLLC,

       Plaintiffs - Appellants,

v.

U.S. Department of Health and Human Services, Xavier Becerra, in his official capacity as Secretary of Health and Human Services, U.S. Office of Personnel Management, , Kiran Ahuja, in her official capacity as Director of the U.S. Office of Personnel Management, U.S. Department of Labor, Julie Su, in her official capacity as Acting Secretary of Labor, U.S. Department of the Treasury, Janet Yellen, in her official capacity as Secretary of the Treasury,

       Defendants - Appellees.

**ORDER**
Docket No. 22-3054

---

Appellant Daniel Haller and Long Island Surgical PLLC having filed a petition for panel rehearing and the panel that determined the appeal having considered the request,

IT IS HEREBY ORDERED that the petition is DENIED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court